

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00471-CV

Kevin **MILLER** as agent for Miller & Bicklein,
Appellant

v.

**KIM TINDALL & ASSOCIATES, LLC,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01799
Honorable Laura Salinas, Judge Presiding

## O R D E R

The trial court clerk has filed a notice of late record, stating appellant has not paid or arranged to pay the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We order appellant to provide written proof to this court by **October 15, 2020** that either appellant has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 35.3(a)(2). If appellant fails to file such proof within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court